UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company.<br><br>      Plaintiffs,<br><br>v.<br><br>SARAH MCDOWELL,<br><br>      Defendant. | CIVIL ACTION FILE<br><br>No.: 4:06-CV-115-CDL |

## JUDGMENT

The Court, having previously found Defendant liable for copyright infringement and having entered a permanent injunction in connection therewith (Doc. No. 21, granting Plaintiffs' motion for summary judgment on liability and as to the permanent injunction requested), which findings and injunction are expressly incorporated by reference herein and made a part of this Judgment, and having left open for further determination the amount of damages to be awarded,

IT IS NOW HEREBY ORDERED AND ADJUDGED THAT:

1.    Judgment shall further enter in favor of Plaintiffs and against Defendant in the amount of $9,600.00, each party to bear its or her own costs and attorneys' fees.

#1308754 v1

2. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Judgment.

DATED: February 6, 2008        BY: _____
                                   Hon. Clay D. Land
                                   United States District Judge

#1308754 v1